# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

April 18, 2014

The Honorable Richard G. Andrews             VIA ELECTRONIC FILING
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

    Re:   *Sanofi-Aventis U.S. LLC, et al. v. Eli Lilly and Company*,
           C.A. No. 14-113-RGA

Dear Judge Andrews:

    Following our April 14, 2014 Rule 16 conference in the above action, the parties jointly submit the accompanying (separately docketed) proposed scheduling order for the Court's consideration. It does not contain any disputed language, and if acceptable to Your Honor, it is ready for entry.

                                                    Respectfully,

                                                    */s/ Steven J. Balick*

                                                    Steven J. Balick (#2114)

SJB/nlm

cc:    Brian E. Farnan, Esquire (via electronic mail; w/proposed order)
       Bruce M. Wexler, Esquire (via electronic mail; w/proposed order)
       Mark A. Perry, Esquire (via electronic mail; w/proposed order)

{00850340;v1 }