IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC, SANOFI-AVENTIS DEUTSCHLAND GMBH, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELI LILLY AND COMPANY, <br><br> *Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 14-113-RGA-MPT |

**CONSENT JUDGMENT AND ORDER OF INJUNCTION**

Plaintiffs Sanofi-Aventis U.S. LLC and Sanofi-Aventis Deutschland GmbH (collectively "Sanofi") and Defendant Eli Lilly and Company ("Eli Lilly"), having agreed to terms and conditions representing a negotiated settlement of this action, having set forth those terms and conditions in a confidential Settlement Agreement, and having stipulated and consented to entry of this Consent Judgment and Order of Injunction, it is hereby agreed, subject to the approval and order of the Court, as follows:

1. By virtue of the license granted by Sanofi to Eli Lilly as part of the Settlement Agreement, judgment is hereby entered that the accused product (*i.e.*, the subject of New Drug Application No. 205-692) does not infringe the asserted patents (*i.e.*, U.S. Patent Nos. 8,556,864 (the '864 Patent); 8,603,044 (the '044 Patent); 7,476,652 (the '652 Patent); 7,713,930 (the '930 Patent); and 8,679,069 (the '069 Patent)).

2. This Consent Judgment constitutes a "consent decree" pursuant to 21 U.S.C. § 355(c)(3)(C)(i)(II), such that Final Approval of Eli Lilly's NDA No. 205-692 under 21

24

U.S.C. § 355(b)(2) may be granted on the date that this Consent Judgment is entered by the Court.

3. Pursuant to the terms of the Settlement Agreement, all other claims and counterclaims are dismissed with prejudice.

4. This Court retains jurisdiction over disputes arising out of the implementation of the Settlement Agreement.

5. Eli Lilly and its affiliates are hereby enjoined from directly or indirectly passing title or delivering to customers in the United States the accused product (*i.e.*, the subject of New Drug Application No. 205-692) prior to December 15, 2016.

6. The injunction described in the foregoing paragraph shall take effect immediately upon entry of this Order by the Court.

7. During the term of the injunction, the Court retains jurisdiction over this action, including implementation of, or disputes arising out of, this Order of Injunction.

8. Sanofi and Eli Lilly shall each bear their own costs and attorney fees.

9. Sanofi and Eli Lilly each expressly waive any right to appeal or otherwise move for relief from this Consent Judgment and Order of Injunction.

ASHBY & GEDDES

/s/
_____
Steven J. Balick (#2114)
Tiffany Geyer Lydon (#3950)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
(302) 654-188
sbalick@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com

Mark A. Perry
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 887-3667

Frederick Brown
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
(415) 393-8200

Y. Ernest Hsin
GIBSON, DUNN & CRUTCHER LLP
1530 Page Mill Road
Palo Alto, CA 94304
(650) 849-5322

Joseph Evall
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000

Tracey B. Davies
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
(214) 698-3100

*Attorneys for Plaintiffs*

FARNAN LLP

/s/
_____
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Bruce M. Wexler
Joseph M. O'Malley, Jr.
David M. Conca
Young J. Park
Nicholas A. Tymoczko
PAUL HASTINGS LLP
75 East 55th Street
New York, NY 10022

*Attorneys for Defendant*

**IT IS SO ORDERED, DECREED, AND ADJUDGED** this 28 day of Sept , 2015 by:

_____
United States District Judge